UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REYSSY DURAN RAMIREZ,

Plaintiff,

- against -

NEKHRIDDIN TOTLIBOEV, *also known as Mekhriddin Totliboev*, and NOMAD FREIGHT, INC.,

Defendants.

---

24-CV-6540 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

A telephonic post-discovery conference was scheduled in this matter for Wednesday, October 21, 2026 at 2 p.m., following the completion of fact and expert discovery. (*See* Doc. 27.) However, the deadline for the completion of fact discovery has been extended to October 31, 2026, and the deadline for the completion of expert discovery has been extended to February 27, 2027. (*See* Doc. 34.) Accordingly, it is hereby:

ORDERED that the telephonic post-discovery conference is adjourned to Tuesday, March 16, 2027 at 2 p.m.

IT IS FURTHER ORDERED that the parties shall provide the Court with a joint letter regarding the status of discovery by Tuesday, March 9, 2027.

SO ORDERED.

Dated: October 19, 2026
New York, New York

Vernon S. Broderick
United States District Judge